

**BRENES**
**LAW GROUP, PC**

January 6, 2023

Via Email
Hon. Charles Eskridge
c/o Jennelle Gonzalez
U.S. District Court
Southern District of Texas
515 Rusk St.
Houston, Texas 77002

Re:     Jesus Lopez, Jr., as Personal Representative of the Estate of Jesus
          Lopez, III v. AngioDynamics, Inc., et al., Case No. 4:21-CV-
          04182: Plaintiff's Rule 15c Discovery Dispute Letter

Dear Judge Eskridge,

Pursuant to Rule 15c of this Court's Procedures, Plaintiff respectfully
requests that the Court allow Plaintiff to file a motion for protective order
prohibiting Defendants from continuing to unilaterally notice depositions
without making any effort to confirm Plaintiff's counsel's availability.

On December 15, 2022, Defendant AngioDynamics, Inc. notified Plaintiff
that it had unilaterally scheduled the deposition of Dr. Mary L. Brandt for
January 6, 2023 at 10:00 am C.T. This is just one of the depositions Defendant
scheduled without first making any effort to determine my availability. I had a
previously scheduled court hearing taking place at the same time as this
deposition. Despite that, I made every effort to make the deposition work by
assigning an associate attorney from my firm to attend the court hearing in the
other matter, so that I would be free to attend the deposition of Dr. Brandt in
this case.

The associate attorney assigned to cover the hearing in the other matter
became unavailable without prior notice on January 3, 2023. I contacted
opposing counsel representing AngioDynamics to reschedule the deposition. I
explained the circumstances in an email to Attorney George Robertson of
Holland & Knight LLP on January 4, 2023. I asked him to reschedule the
deposition as despite my best efforts to cover the unilaterally noticed
deposition, I could not do so. I also noted my multiple requests that defense
counsel cease unilaterally noticing deposition without making any effort to
confirm my availability.

Having explained to the court in my other case that I would move for a
protective order to prevent further disruptions, the judge in my other matter
kindly agreed to continue my hearing.  In order to ensure the orderly
scheduling of hearings and depositions in this case and others, Plaintiff
believes a protective order is required to prohibit defense counsel from

*Main Office*

100 Spectrum Center Drive
Suite 330
Irvine, CA 92618
Tel: (949) 397-9360
Fax: (949) 607-4192

*Rhode Island Office*

623 Post Road
Warwick, RI 02888
Tel: (949) 397-9360
Fax: (949) 607-4192

*PLEASE REPLY TO THE
MAIN OFFICE ADDRESS*



continuing to unilaterally notice depositions without first making any effort to confirm my firm's availability.


Thank you for your time and consideration.


Respectfully,
Brenes Law Group, P.C.

By: /s/ Troy A. Brenes

CC: Thomas Yoo
    Amy McVeigh
    George Robertson
    Ben C. Martin

*Main Office*

100 Spectrum Center Drive
Suite 330
Irvine, CA 92618
Tel: (949) 397-9360
Fax: (949) 607-4192

*Rhode Island Office*

623 Post Road
Warwick, RI 02888
Tel: (949) 397-9360
Fax: (949) 607-4192

*PLEASE REPLY TO THE
MAIN OFFICE ADDRESS*