United States District Court
Southern District of Texas
**ENTERED**
January 23, 2023
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| JESUS LOPEZ, JR, on behalf of the Estate of Jesus Lopez, III, | § § § | CIVIL ACTION NO 4:21-cv-04182 |
| Plaintiff, | § § § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § § | |
| ANGIODYNAMICS INC and NAVILYST MEDICAL INC, | § § § § | |
| Defendants. | § | |

## ORDER

Plaintiff Jesus Lopez Jr, on behalf of the Estate of Jesus Lopez, III requests by way of discovery letter to file a motion to seek a protective order prohibiting Defendants Angiodynamics, Inc and Navilyst Medical, Inc from unilaterally noticing depositions. Dkt 47. Defendants' counsel responded and further noted that counsel to Lopez hasn't responded to attempts to schedule the deposition of Lopez. Dkt 48.

Both parties are ADMONISHED to work together in a reasonable and professional manner to schedule depositions. Both sets of counsel must promptly respond to communication regarding scheduling.

Specific instances of conduct not in conformance with the above may be brought to the Court's attention by way of further letter requesting relief.

It is ORDERED that Plaintiff must promptly sit for his own deposition.

SO ORDERED.

Signed on January 23, 2023, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge