UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JESUS LOPEZ, JR., on behalf of the ESTATE OF JESUS LOPEZ, III, <br><br> Plaintiff, <br><br> v. <br><br> ANGIODYNAMICS, INC., & NAVILYST MEDICAL, INC., <br><br> Defendants. | Case No.: 4:21-cv-04182 |

**JOINT STIPULATION OF DISMISSAL**

Plaintiff JESUS LOPEZ, JR., on behalf of and as Personal Representative of the ESTATE OF JESUS LOPEZ, III ("Plaintiff"), and Defendants ANGIODYNAMICS, INC. & NAVILYST MEDICAL, INC. ("Defendants") hereby file this Joint Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Plaintiff voluntarily dismisses with prejudice all claims against Defendants in this matter, and Defendants agree to same, with each party to bear their own costs.

| | |
|---|---|
| Dated: February 10, 2023 | Dated: February 10, 2023 |
| BRENES LAW GROUP, P.C. | **HOLLAND & KNIGHT LLP** |
| */s/ Troy A. Brenes* | */s/ George G. Robertson* |
| Troy A. Brenes (CA Bar No. 249776) | George G. Robertson |
| 100 Spectrum Center Drive, Ste. 330 | State Bar No. 24106352 |
| Irvine, CA 92618 | Fed. ID No. 3366420 |
| Telephone: 949-397-9360 | 811 Main Street, Suite 2500 |
| Facsimile: 949-607-4192 | Houston, TX 77002-5227 |
| brenes@breneslawgroup.com | 713-821-7000 (telephone) |
| (Admitted Pro Hac Vice) | 713-821-7001 (facsimile) |
| | George.Robertson@hklaw.com |
| Ben C. Martin | |
| Martin Baughman, PLLC | Thomas J. Yoo |
| 3710 Rawlins Street, Suite #1230 | *Admitted Pro Hac Vice* |
| Dallas, Texas 75219 | California Bar No. 175118 |
| Telephone: 214-761-6614 | 400 South Hope Street, 8th Floor |
| BMartin@martinbaughman.com | Los Angeles, CA 90071 |
| | Thomas.Yoo@hklaw.com |
| *Attorneys for Plaintiff* | |
| | Amy McVeigh |
| | *Admitted Pro Hac Vice* |
| | Pennsylvania Bar. No. 205119 |
| | 2929 Arch Street, Suite 800 |
| | Philadelphia, PA 19104 |
| | Amy.McVeigh@hklaw.com |
| | *Counsel for Defendants* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of February, 2023, the foregoing document was served via the Court's CM/ECF system to all counsel of record.

*/s/ George G. Robertson*
George G. Robertson